UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NAFTALI KUNSTLINGER as Trustee of THE PINCHAS STOLPER INS TRUST 3/06/08,**<br><br>Plaintiff,<br><br>v.<br><br>**LINCOLN BENEFIT LIFE COMPANY,**<br><br>Defendant. | Case No. 22–04534–ESK–AMD<br><br>ORDER |

**THIS MATTER** having come before the Court on plaintiff Naftali Kunstlinger as trustee of the Pinchas Stolper Insurance Trust 3/06/08's motion for summary judgment (ECF No. 32) and the motion for summary judgment of Lincoln Benefit Life Company (ECF No. 33); and for the reasons stated in the accompanying opinion,

**IT IS** on this **21st** day of **January 2025**   **ORDERED** that:

1. Kunstlinger's motion (ECF No. 32) is **DENIED**.
2. Lincoln's motion (ECF No. 33) is **GRANTED**.

　　　　　　　　　　　　　　　　　　　 */s/ Edward S. Kiel*　　　　　
　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**